

David R. King
Partner
Phone: 973.274.2002
Fax: 973.274.6407
dking@herrick.com

April 18, 2019

**VIA FEDERAL EXPRESS**

Honorable Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom: 6F; Chambers N 626
Brooklyn, New York 11201

Re:   LuxClub, Inc. v. DGL Group Ltd., Civil Dkt. No. 1:18-cv-04741-MKB-ST

Dear Judge Brodie,

This firm represents DGL Group, Ltd. ("DGL"), Ezra Zaafarani ("Zaafarani"), Mark Nakash ("Nakash"), Victor Sardar ("Sardar"), and Elie Wahba ("Wahba" and collectively "Defendants") in the above matter. Pursuant to Your Honor's individual rules, we are delivering a courtesy copy of the fully briefed Motion to Dismiss listed below which was electronically filed with the Court today.

We respectfully request oral argument to be heard on this matter.

**Moving Papers:**
1. Notice of Motion to Dismiss the Complaint;
2. Memorandum of Law in Support of Motion to Dismiss the Complaint;
3. Certification of David R. King, Esq. (with Exhibits);
4. Certification of Service;

**Opposition Papers:**
5. Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss;
6. Certification of Service;

**Reply Papers:**
7. Memorandum of Law in Further Support of Motion to Dismiss;
8. Certification of Service

Very truly yours,

/s/ David R. King

David R. King

cc:  Cory Rosenbaum, Esq. (via email w/ encls.)

**HERRICK, FEINSTEIN LLP** • One Gateway Center • Newark, NJ 07102 • Phone: 973.274.2000 • Fax: 973.274.2500

April 18, 2019
Page 2

    Travis Stockman, Esq. (via email w/ encls.)
    Jeffrey Thomas Breloski, Esq. (via email w/ encls.)
    Thomas Robert Sofield, Esq. (via email w/ encls.)
    Magistrate Judge Steven Tiscione (via Federal Express w/o encls.).