

136 East Park Avenue, 2nd Fl
Long Beach, New York 11561
212-256-1109 / 1-877-9-Seller

March 2, 2020

**<u>Via ECF</u>**

Honorable Judge Margo K. Brodie
United States District Court for the Eastern District of New York
225 Cadman Plaza East Brooklyn New York, 11201
Courtroom: 6F; Chambers: N 626

Re: Request for Adjournment of Oral Arguments Set for March 6, 2020.
LuxClub Inc. v. DGL Group, LTD et al.; Civil Action No. 1:18-cv-04741-MKB-ST

Dear Judge Brodie,

We represent Plaintiff LuxClub and submit this letter to request an adjournment of the Oral Arguments set for March 6, 2020. This is plaintiff's first request for an adjournment. Defendants DGL Group, Ltd., Ezra Zaafarani, Mark Nakash, Victor Sardar, and Elie Wahba, have consented to the adjournment. Further, counsel for defendants have indicated they need at least a two-week adjournment. Plaintiff requests an adjournment date of March 19th, 2020 or March 20th, 2020.

Respectfully submitted by:

*/s/ Cory Rosenbaum*
Cory Rosenbaum, Esq.
Cr7529
Rosenbaum Famularo, P.C.
100 W Park Ave, Suite 310
Long Beach, NY 11561
(212) 256-1109
cj@amazonsellerslawyer.com

*Attorney for Plaintiff LuxClub*