

138A East Park Avenue
Long Beach, New York 11561
212-256-1109 / 1-877-9-Seller

March 13, 2020

**<u>Via ECF</u>**

Honorable Judge Margo K. Brodie
United States District Court for the Eastern District of New York
225 Cadman Plaza East Brooklyn New York, 11201
Courtroom: 6F; Chambers: N 626

Re: Notice Regarding Appearance for Oral Arguments Set for March 19th, 2020.
LuxClub Inc. v. DGL Group, LTD et al.; Civil Action No. 1:18-cv-04741-MKB-ST

Dear Judge Brodie,

We represent Plaintiff LuxClub and submit this letter to notify the court that due to the travel risks associated with the COVID-19 virus, I will not be able to attend the Oral Arguments set for March 19th, 2020. My son Max Rosenbaum is immunocompromised, and I cannot afford to take any risks in exposing myself to the COVID-19 virus.

Rather, my co-counsel Jeffrey Breloski, who appeared pro hac vice, will be appearing on behalf of the plaintiff.

Respectfully submitted by:

*/s/ Cory Rosenbaum*
Cory Rosenbaum, Esq.
Cr7529
Rosenbaum Famularo, P.C.
100 W Park Ave, Suite 310
Long Beach, NY 11561
(212) 256-1109
cj@amazonsellerslawyer.com

*Attorney for Plaintiff LuxClub*