UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LUXCLUB, INC.,

                                                                         JUDGMENT

                                    Plaintiff,                           18-cv-04741(MKB)(ST)

              v.

DGL GROUP LTD., EZRA ZAAF ARANI,
MARK NAKASH, SOLOMON KOHL,
VICTOR SARDAR, AND ELIE WAHBA

                                    Defendants.
---------------------------------------------------------------X

        A Minute Order of Honorable Margo K. Brodie, United States District Judge, having

been filed on March 23, 2020, granting defendants' motion to dismiss; dismissing the RICO and

RICO conspiracy claims for failure to state a claim; dismissing plaintiff's wire fraud claim for

failure to state a claim; and dismissing plaintiff's state law claims without prejudice; it is

        ORDERED and ADJUDGED that defendants' motion to dismiss is granted; that the

RICO and RICO conspiracy claims are dismissed for failure to state a claim; that plaintiff's wire

fraud claim is dismissed for failure to state a claim; and that plaintiff's state law claims are

dismissed without prejudice.

 Dated: Brooklyn, New York                          Douglas C. Palmer
        March 24, 2020                              Clerk of Court

                                         By:        /s/Jalitza Poveda
                                                    Deputy Clerk